# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2006

129301

ROBERT J. ROEHRIG,
      Plaintiff-Appellee,

v

STATE AUTO MUTUAL
INSURANCE COMPANY,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129301
COA: 252742
Oakland CC: 2002-038111-CK

_____/

On order of the Court, the application for leave to appeal the July 5, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CORRIGAN, J., would grant leave to appeal to consider Judge Griffin's Court of Appeals dissent.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2006

_____
Clerk